IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANDA MAURICE GILMORE, #13052-003 ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIV. ACT. NO. 1:24-cv-258-TFM-B |
| ) | CRIM. ACT. NO. 1:13-cr-137-TFM-B |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On February 5, 2025, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2255 be denied and dismissed with prejudice. It further recommends the denial of a certificate of appealability and the ability to appeal *in forma pauperis*. *See* Doc. 101. Petitioner timely filed objections and Respondent timely filed a response to the objections. *See* Docs. 102, 104.

In reviewing Petitioner's objections, he raises many of the same arguments that were raised before the Magistrate Judge. *See* Doc. 102. Put simply, it appears he still argues that the sentence was substantively unreasonable. The Magistrate Judge properly concluded that the claim is barred because it was addressed on his direct appeal and affirmed by the Eleventh Circuit. As such, Petitioner's objections are overruled.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Vanda Maurice Gilmore's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2255 (Docs. 89, 98) is **DENIED** and

**DISMISSED with prejudice**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and certifies that the appeal would not be taken in good faith and therefore Petitioner not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 19th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE