IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANDA MAURICE GILMORE, #13052-003 </br></br> Petitioner, </br></br> vs. </br></br> UNITED STATES OF AMERICA, </br></br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) </br></br> CIV. ACT. NO. 1:24-cv-258-TFM-B </br> CRIM. ACT. NO. 1:13-cr-137-TFM-B |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Vanda Maurice Gilmore's petition under 28 U.S.C. § 2255 is hereby **DENIED** and **DISMISSED with prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 19th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE